IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:19MJ498 |
| v. | : | |
| ETHAN KOLLIE | : | ORDER UNSEALING CRIMINAL COMPLAINT, SUPPORTING |
| | : | AFFIDAVIT AND ARREST WARRANT |

IT IS HEREBY ORDERED that the Criminal Complaint and Supporting Affidavit sealed by the order of this court, be unsealed by the Clerk of Courts.

DATE: 8/12/19

HON. MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE