UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 NOV -8  PM 2: 48

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 3:19 cr 169 |
| Plaintiff, | : | |
| | : | **INFORMATION** |
| vs. | : | |
| | : | 18 U.S.C. § 922(g)(3) |
| ETHAN KOLLIE, | : | 18 U.S.C. § 924(a)(1)(A) |
| | : | |
| Defendant. | : | **WALTER H. RICE** |

---

The United States Attorney for the Southern District of Ohio alleges:

**COUNT ONE**
(18 U.S.C. § 922(g)(3))

Between on or about May 9, 2019, and on or about August 8, 2019, in the Southern District of Ohio, the defendant, **ETHAN KOLLIE**, knowing that he was an unlawful user of and addicted to controlled substances, did knowingly, voluntarily, and intentionally possess firearms in and affecting commerce.

In violation of Title 18, United States Code, Section 922(g)(3).

**COUNT TWO**
(18 U.S.C. § 924(a)(1)(A))

On or about May 9, 2019, in the Southern District of Ohio, the defendant, **ETHAN KOLLIE**, knowingly made a false statement and representation to Shoot Point Blank, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept

in the records of Shoot Point Blank, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was not an unlawful user of, or addicted, to marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance, whereas in truth and in fact, he was an unlawful user of, and addicted, to marijuana and any depressant, stimulant, narcotic drug, and other controlled substances.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

DAVID M. DEVILLERS
United States Attorney

*[signature]*

VIPAL J. PATEL
First Assistant United States Attorney