IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 3:19-cr-169** |
| Plaintiff | : | |
| vs. | : | **Judge Thomas M. Rose** |
| **ETHAN KOLLIE** | : | |
| Defendant | : | |

**MOTION FOR MODIFICATION OF BOND CONDITIONS ORDER**

Now comes Defendant Ethan Kollie, by and through undersigned counsel pursuant to 18 U.S.C. §3145(b), and hereby moves this Honorable Court to for an ORDER amending the ORDER SETTING CONDITIONS OF RELEASE issued December 23, 2019 (Doc.#46).

    Respectfully submitted,

    s/Nicholas G. Gounaris
    NICHOLAS G. GOUNARIS (0064527)
    **GOUNARIS ABBOUD CO**.
    Co-Counsel for Defendant, Ethan Kollie
    130 W. Second Street, Suite 2000
    Dayton, Ohio 45402
    (937) 222-1515
    (937) 222-1224 fax
    nick@gafirm.com

GOUNARIS ABBOUD
INC., LPA
A Legal Professional Association
130 W. Second St., Ste. 2000
Dayton, Ohio 45402
Office: (937) 222-1515
Facsimile: (937) 222-1224
Website: www.gafirm.com

/s/Antony A. Abboud
**ANTONY A. ABBOUD(0078151)**
GOUNARIS ABBOUD CO.
Co-Counsel for Defendant, Ethan Kollie
130 W. Second Street, Suite 2000
Dayton, Ohio 45402
(937) 222-1515
(937) 222-1224 fax
tony@gafirm.com

## **MEMORANDUM**

Mr. Kollie has been sentenced by this Court and received an official notice from the Bureau of Prisons to report to a specific BOP Facility April 28, 2020. However, because of the current COVID-19 health crisis, his report date has been delayed until June 11, 2020.

Mr. Kollie is ready to begin serving his sentence and requests that that Court reconsider its "voluntary surrender" order by revoking the same and allowing Mr. Kollie to begin serving his sentence in the county jail until the BOP is ready to accept him into a facility.

This request has been communicated to the Government, and it DOES OBJECT to the request.

Respectfully submitted,

s/Nicholas G. Gounaris
NICHOLAS G. GOUNARIS (0064527)
**GOUNARIS ABBOUD CO**.
Co-Counsel for Defendant, Ethan Kollie
130 W. Second Street, Suite 2000
Dayton, Ohio 45402
(937) 222-1515
(937) 222-1224 fax
nick@gafirm.com

GOUNARIS ABBOUD INC., LPA
A Legal Professional Association
130 W. Second St., Ste. 2000
Dayton, Ohio 45402
Office: (937) 222-1515
Facsimile: (937) 222-1224
Website: www.gafirm.com

/s/Antony A. Abboud
**ANTONY A. ABBOUD(0078151)**
GOUNARIS ABBOUD CO.
Co-Counsel for Defendant, Ethan Kollie
130 W. Second Street, Suite 2000
Dayton, Ohio 45402
(937) 222-1515
(937) 222-1224 fax
tony@gafirm.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to all parties via the clerk of court's electronic filing system.

GOUNARIS ABBOUD
INC., LPA
A Legal Professional Association
130 W. Second St., Ste. 2000
Dayton, Ohio 45402
Office: (937) 222-1515
Facsimile: (937) 222-1224
Website: www.gafirm.com